THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL HARRIS, Defendant-Appellant.

(No. 56171; )

First District (3rd Division)—February 15, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Michael Weininger and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and Richard Pezzopane, Assistant State's Attorneys, of counsel,) for the People.